UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:16-cv-20638-JLK

SANDRA DEBERRY,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

_________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the parties' Joint Stipulation for Dismissal With Prejudice and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Complaint is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED at the United States District Court, Southern District of Florida, this 11 day of August, 2016.

James Lawrence King

UNITED STATES DISTRICT COURT JUDGE

copies furnished to:

Counsel of record